IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RANDY C. WILLIAMS                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 4:20-CV-00031-DMB-DAS

LEE SIMON and TIMOTHY MORRIS                                                            DEFENDANTS

ORDER

Plaintiff Randy C. Williams, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action. Upon due consideration, the Court finds that Plaintiff's application for leave to proceed IFP is incomplete.

Under 28 U.S.C. § 1915(a)(2), a plaintiff seeking to proceed IFP must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." In moving to proceed IFP, Plaintiff submitted a certified copy of his inmate account dated January 1, 2014.

As the information regarding his inmate account is more than six years old, it does not comply with the requirements as set out above. Accordingly, Plaintiff is directed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint" within twenty-one (21) days from the date of this order. Plaintiff's failure to do so may result in dismissal of this action.

**SO ORDERED**, this the 2nd day of March, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE