IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RANDY C. WILLIAMS					PLAINTIFF

V.							CIVIL ACTION NO. 4:20-CV-00031-DAS

LEE SIMON and TIMOTHY MORRIS				DEFENDANTS

ORDER DISMISSING CASE WITHOUT PREJUDICE

On February 18, 2020, Plaintiff Randy C. Williams, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. On that same date, Plaintiff submitted an application for leave to proceed *in forma pauperis* ("IFP") in this action. Doc. # 2. Plaintiff's IFP application, however, was incomplete as he failed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint." *See* 28 U.S.C. § 1915(a)(2). Accordingly, on March 2, 2020, the Court entered an order directing Plaintiff to submit the required information within twenty-one (21) days. Doc. # 23. Within that order, the Court warned that "Plaintiff's failure to do so may result in dismissal of this action." *Id.* Despite the Court's directive, Plaintiff failed to submit the required information, and the time for doing so has passed. Accordingly, the Court finds that the instant action is hereby **DISMISSED without prejudice** for failure to prosecute and failure to obey an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this the 22nd day of April, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE